IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02569-BNB

JOSEPH LYONS,
    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and
CORRECTIONS CORPORATION OF AMERICA,
    Defendants.

## ORDER OF DISMISSAL

Plaintiff Joseph Lyons is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the North Fork Correctional Facility at Sayre, Oklahoma. Mr. Lyons initiated this action by filing **pro se** a complaint pursuant to 42 U.S.C. § 1983. On January 4, 2008, Mr. Lyons filed an amended complaint on the Court's Prisoner Complaint form. Mr. Lyons seeks his immediate release from custody.

The Court must construe the amended complaint liberally because Mr. Lyons is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). If the amended complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." **Hall**, 935 F.2d at 1110. However, the Court should not be an advocate for a **pro se** litigant. **See id.** For the reasons stated below, the Court will dismiss the amended complaint and the action.

As noted above, Mr. Lyons seeks his immediate release from custody. He alleges that the DOC terminated his sentence and lost jurisdiction to keep him in prison when he was transferred from a state prison in Colorado to a private prison in Oklahoma in December 2006. Mr. Lyons asserts that the transfer was illegal because there was no valid contract between the DOC and Corrections Corporation of America, the private company that operates the facility in Oklahoma in which he is being held.

Because the relief Mr. Lyons seeks is to be released from custody, his sole federal remedy is a writ of habeas corpus. *See Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973). The Court will construe the complaint liberally as asserting habeas corpus claims pursuant to 28 U.S.C. § 2254 because Mr. Lyons is attacking the continued validity of his Colorado sentence in light of his transfer to a private prison in Oklahoma. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000).

Pursuant to 28 U.S.C. § 2254(b)(1), an application for a writ of habeas corpus may not be granted unless it appears that the applicant has exhausted state remedies or that no adequate state remedies are available or effective to protect the applicant's rights. *See O'Sullivan v. Boerckel*, 526 U.S. 838 (1999); *Dever v. Kansas State Penitentiary*, 36 F.3d 1531, 1534 (10th Cir. 1994). Although there is no indication that Mr. Lyons has exhausted state remedies, the Court will not dismiss this action for failure to exhaust state court remedies. Instead, the Court will dismiss this action because the claims Mr. Lyons is asserting lack any arguable merit. *See* 28 U.S.C. § 2254(b)(2).

Mr. Lyons primarily claims that his transfer from a DOC facility in Colorado to a private prison in Oklahoma violates various Colorado statutes. However, to the extent

2

he is raising state law claims, those claims are not cognizable in this federal habeas corpus action. *See Montez*, 208 F.3d at 865. Furthermore, to the extent Mr. Lyons is asserting one or more federal constitutional claims, the complaint must be dismissed because no provision of the Constitution or any other federal law is violated by the transfer of an inmate from one state to another. *See id.* at 865-66. Therefore, the amended complaint will be dismissed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02569-BNB

Joseph Lyons
Prisoner No. 105663
North Fork Correctional Facility
1605 East Main Street
Sayre, OK 73662

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  2/8/8

            GREGORY C. LANGHAM, CLERK

            By: _____
                Deputy Clerk