IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02569-ZLW

JOSEPH LYONS,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and
CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Joseph Lyons has filed *pro se* on March 13, 2008, a "Motion to Proceed With the Plaintiff's Original 42 USC § 1983 Filing, and Objection to Order." Mr. Lyons apparently asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment that were filed in this action on February 8, 2008. The Court must construe the motion liberally because Mr. Lyons is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243.

Mr. Lyons' motion to reconsider, which was filed more than ten days after the Court's Judgment was entered in this action, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

Mr. Lyons initiated this action by filing a complaint pursuant to 42 U.S.C. § 1983. On January 4, 2008, he filed an amended complaint on the Court's Prisoner Complaint form. Mr. Lyons claimed that he was being held illegally at a private prison in Oklahoma because the Colorado Department of Corrections released him when he was transferred to the Oklahoma facility and as relief he sought to be released from custody. The Court construed Mr. Lyons' claims as habeas corpus claims because he is seeking his release from custody. The Court dismissed the action because Mr. Lyons' state law claims are not cognizable in a federal habeas corpus action and his constitutional claims lack any arguable merit. Mr. Lyons argues in the motion to reconsider that the instant action is a class action, that his claims properly are asserted pursuant to § 1983, and that his claims do not lack merit.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Lyons fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. First, Mr. Lyons may not pursue this action as a class action without representation by counsel because a *pro se* litigant may not represent other *pro se* litigants in federal court, *see* 28 U.S.C. § 1654, and is not an adequate class representative for a putative class action. **See Fymbo v. State Farm Fire & Cas. Co.**, 213 F.3d 1320, 1321 (10th

Cir. 2000). Furthermore, Mr. Lyons may not pursue his release from custody in an action pursuant to § 1983. *See Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973). Finally, Mr. Lyons' state law claims are not properly asserted pursuant to either § 1983 or § 2254 and the federal constitutional claims lack merit. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Proceed With the Plaintiff's Original 42 USC § 1983 Filing, and Objection to Order" filed on March 13, 2008, is denied.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02569-BNB

Joseph Lyons
Prisoner No. 105663
North Fork Correctional Facility
1605 East Main Street
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/28/08

GREGORY C. LANGHAM, CLERK

By: _____angie_____
              Deputy Clerk