IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02569-ZLW

JOSEPH LYONS,

   Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and
CORRECTIONS CORPORATION OF AMERICA,

   Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

   Petitioner submitted a Misdirected Notice of Appeal actually titled Certificate of Appeal on April 11, 2008. The court has determined that the document is deficient as described in this order.

Petitioner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
   _X_ is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   _X_ is not submitted
   ___ is missing affidavit
   ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   ___ is missing required financial information
   ___ is missing an original signature by the prisoner
   ___ is not on proper form (must use the court's current form)
   ___ other_____

1

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within 30 days from the date of this order. Any papers that Petitioner filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  23rd  day of   April  , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court